IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

KENNETH VANN,                                )
                                             )
                          Plaintiff,         )
                                             )
           vs.                               )           No. CIV-12-1162-C
                                             )
DR. YOUNG, D.D.S., et al.,                   )
                                             )
                          Defendants.        )

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Robert E. Bacharach on December 3, 2012.  The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed.  Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 6) is adopted and the request to proceed in forma pauperis is denied.  If the $350.00 filing fee is not paid within 21 days from the date of this Order, the action will be dismissed.

IT IS SO ORDERED this 16th day of January, 2013.

ROBIN J. CAUTHRON
United States District Judge